KATHERINE EVANS and AMICA
CENTER FOR IMMIGRANT
RIGHTS,

        Plaintiffs,

        v.

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

    Defendant.

Civil Action No. 1:25-cv-321

## JOINT RULE 26(f) REPORT

In this Freedom of Information Act ("FOIA") action, Plaintiffs Katherine Evans and Amica Center for Immigrant Rights submitted a FOIA request to Immigration and Customs Enforcement ("ICE") in August 2024. That FOIA request generally sought records regarding information on ICE's electronic Post Order Custody Review ("ePOCR") system. *See generally* Dkt. 1.

Plaintiffs initiated this action on April 28, 2025, and Defendant timely responded to the Complaint. Dkts. 1, 9. On September 10, 2025, Assistant United States Attorney Rebecca Mayer, attorney for Defendant, and Evan Benz, Brad Roehrenbeck, and Mark Henkle, Attorneys for Plaintiffs, conferred by telephone, and hereby submit this Joint Rule 26(f) Report.

A typical discovery scheduling order does not account for the nature of a FOIA matter in which the parties work together to ensure timely and complete production of the

requested FOIA materials. Thus, the parties agree and jointly propose the following processing schedule:

1. Defendant will review and process a minimum of 500 pages of collected records in response to Plaintiff's FOIA request on a monthly basis.

2. Defendant will produce all responsive and non-exempt documents from the aforementioned review each month.

3. The parties shall submit a joint status report every 90 days from the date the Court accepts this production schedule, unless that date falls on a federal holiday or weekend.

Date: September 22, 2025

Respectfully submitted:

FOR THE DEFENDANT:

CLIFTON T. BARRETT
United States Attorney

  _/s/ Rebecca A. Mayer_
Rebecca A. Mayer,
TX Bar #24092376
Assistant U.S. Attorney
101 South Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
(336) 333-5351
rebecca.mayer@usdoj.gov

FOR THE PLAINTIFFS:

/s/Bradley A. Roehrenbeck
Bradley A. Roehrenbeck
N.C. Bar No.: 34180
broehrenbeck@ktslaw.com
Mark Henkle
N.C. Bar. No.: 49265
mhenkle@ktslaw.com
Kilpatrick Townsend & Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Tel:    (336) 607-7300
Fax:   (336) 607-7500

/s/ F. Evan Benz
F. Evan Benz
NC Bar No. 49077
Amica Center for Immigrant Rights

2

1025 Connecticut Ave NW Ste. 701
Washington, DC 20036
Phone: (202) 869-3984
evan@amicacenter.org
*Pro Bono Counsel for Petitioner*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, the foregoing was served by electronic means pursuant to Local Rule 5.3(c)(3) on the following:

Bradley A. Roehrenbeck
Mark D. Boynton
Susan H. Boyles
Mark Henkle
Kilpatrick Townsend & Stockton, LLP
broehrenbeck@ktslaw.com
mboynton@ktslaw.com
sboyles@ktslaw.com
mhenkle@ktslaw.com
*Attorneys for Plaintiffs*

Daniel Melo
F. Evan Benz
Amica Center for Immigrant Rights
Daniel.melo@amicacenter.org
evan@amicacenter.org
*Attorneys for Plaintiffs*


*/s/ Rebecca Mayer*
Rebecca A. Mayer
Assistant U.S. Attorney