KATHERINE EVANS and AMICA
CENTER FOR IMMIGRANT
RIGHTS,

      Plaintiffs,

      v.

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Defendant.

Civil Action No. 1:25-cv-321

## JOINT STATUS REPORT

In this Freedom of Information Act ("FOIA") action, Plaintiffs Katherine Evans and Amica Center for Immigrant Rights submitted a FOIA request to Immigration and Customs Enforcement ("ICE") in August 2024. That FOIA request generally sought records regarding information on ICE's electronic Post Order Custody Review ("ePOCR") system. *See generally* Dkt. 1.

On September 22, 2025, the Parties submitted a Joint Rule 26(f) Report wherein the Parties agreed that Defendant would review and process a minimum of 500 pages of collected records in response to Plaintiff's FOIA request on a monthly basis. Dkt. 11. Pursuant to the Court's Text Order dated September 22, 2025, the Parties submit this joint status report and inform the Court of the following:

1. On October 1, 2025, the federal government's appropriations lapsed, and Defendant's employees responsible for reviewing FOIA records were placed in a

furlough status. As a result, Defendant was not permitted to perform any review of documents during the length of the shutdown. The shutdown ended on November 12, 2025.

2. Due to the length of the shutdown and the corresponding interruption in operations, Defendant has begun reviewing records but has not been able to produce any additional records to Plaintiff.

3. Defendant will begin making monthly productions in January 2026.

Date: December 22, 2025

Respectfully submitted:

FOR THE DEFENDANT:

DAN BISHOP
United States Attorney

*/s/ Rebecca A. Mayer*
Rebecca A. Mayer,
TX Bar #24092376
Assistant U.S. Attorney
101 South Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
(336) 333-5351
rebecca.mayer@usdoj.gov

FOR THE PLAINTIFFS:

/s/Bradley A. Roehrenbeck
Bradley A. Roehrenbeck
N.C. Bar No.: 34180
broehrenbeck@ktslaw.com
Mark Henkle
N.C. Bar. No.: 49265
mhenkle@ktslaw.com
Kilpatrick Townsend & Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 607-7300
Fax: (336) 607-7500

/s/ F. Evan Benz
F. Evan Benz
NC Bar No. 49077
Amica Center for Immigrant Rights
1025 Connecticut Ave NW Ste. 701
Washington, DC 20036
Phone: (202) 869-3984
evan@amicacenter.org
*Pro Bono Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, the foregoing was served by electronic means pursuant to Local Rule 5.3(c)(3) on the following:

Bradley A. Roehrenbeck
Mark D. Boynton
Susan H. Boyles
Mark Henkle
Kilpatrick Townsend & Stockton, LLP
broehrenbeck@ktslaw.com
mboynton@ktslaw.com
sboyles@ktslaw.com
mhenkle@ktslaw.com
*Attorneys for Plaintiffs*

Daniel Melo
F. Evan Benz
Amica Center for Immigrant Rights
Daniel.melo@amicacenter.org
evan@amicacenter.org
*Attorneys for Plaintiffs*

*/s/ Rebecca Mayer*
Rebecca A. Mayer
Assistant U.S. Attorney

3