| | |
|---|---|
| KATHERINE EVANS and AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>       Plaintiffs,<br><br>       v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Defendant. | Civil Action No. 1:25-cv-321 |

**SECOND SUPPLEMENT TO SECOND JOINT STATUS REPORT**

Plaintiffs Katherine Evans and Amica Center for Immigrant Rights and defendant U.S. Immigration and Customs Enforcement (ICE) jointly submit this Second Supplement to their Second Joint Status Report, in this Freedom of Information Act (FOIA) action.

The Parties submitted their Second Joint Status Report on March 23, 2026. Dkt. 14. In the report, the Parties related that, among other things, Defendant has represented that due to the U.S. Department of Homeland Security's (DHS) ongoing lapse in appropriations, ICE FOIA personnel are not authorized to perform work on FOIA matters. As a result, document production had ceased. The Parties agreed to file a supplemental second joint status report every 30 days for the duration of the appropriations lapse.

On April 22, 2026, the Parties filed their First Supplement to their Second Status Report, advising the Court that, despite the continued lapse in DHS appropriations, the ICE FOIA office resumed operations on or about April 16, 2026, with staff working in an

excepted status. Accordingly, as forecasted in the Parties' Second Joint Status Report (Dkt. 14, ¶ 5), the previously pending production consisting of 10 documents totaling approximately 344 pages was electronically sent to Plaintiffs' counsel on April 21, 2026. The Parties further advised the Court that they will confer as to next steps once Plaintiffs have had an opportunity to review the recently produced documents, and that they will file a second supplement to their second joint status report within 30 days.

The Parties inform the Court that they are currently conferring as to the sufficiency of the document productions, and what other records remain that the agency intends to produce that are responsive to Plaintiffs' FOIA requests.

Respectfully submitted this the 22nd day of May, 2026.

FOR THE DEFENDANT:

DAN BISHOP
U.S. ATTORNEY

 /s/ Nathan L. Strup
Nathan L. Strup, N.C. Bar No. 64512
Assistant U.S. Attorney
101 South Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
(336) 333-5351/nathan.strup@usdoj.gov
*Attorney for defendant U.S. Immigration and Customs Enforcement*

FOR THE PLAINTIFFS:

/s/Bradley A. Roehrenbeck
Bradley A. Roehrenbeck
N.C. Bar No.: 34180
broehrenbeck@ktslaw.com
Mark Henkle
N.C. Bar. No.: 49265
mhenkle@ktslaw.com
Kilpatrick Townsend & Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Tel:    (336) 607-7300
Fax:    (336) 607-7500

/s/ F. Evan Benz
F. Evan Benz
NC Bar No. 49077
Amica Center for Immigrant Rights
1025 Connecticut Ave NW Ste. 701
Washington, DC 20036
Phone: (202) 869-3984

2

evan@amicacenter.org
*Pro Bono Counsel for Petitioner*

3

# CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, the foregoing was served by electronic means pursuant to Local Rule 5.3(c)(3) on the following:

Bradley A. Roehrenbeck
Mark D. Boynton
Susan H. Boyles
Peyton Mitchell
Kilpatrick Townsend & Stockton, LLP
broehrenbeck@ktslaw.com
mboynton@ktslaw.com
sboyles@ktslaw.com
mhenkle@ktslaw.com
*Attorneys for Plaintiffs*

F. Evan Benz
Amica Center for Immigrant Rights
evan@amicacenter.org

Daniel Melo
The Melo Law Firm, PLLC
dan@themelolawfirm.com
*Attorneys for Plaintiffs*

     /s/ Nathan L. Strup
Nathan L. Strup
Assistant U.S. Attorney